# EXHIBIT A

| Dispute | CPT Code | Service Date | PCN | Case ID | PayerClaim# | Payor | Awarded Total | Decision Date | *Total Payments | *Still owed | Patient Amt / Write-off | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DISP-93820 | G0453 | 01/07/2022 | 2400056423 | 100002997842 | 221470DGFH00 | Providence Health Plan | $964.00 | 11/28/2022 | $820.25 | $143.75 | $0.00 | $143.75 |
| DISP-94027 | 9593926 | 03/15/2022 | 2400061802 | 100003064209 | 221370DGGN00 | Providence Health Plan | $820.16 | 11/28/2022 | $279.23 | $540.93 | $0.00 | $540.93 |
| DISP-94027 | 9593926 | 04/06/2022 | 2400062122 | 100003123972 | 221400DGCG00 | Providence Health Plan | $820.16 | 11/28/2022 | $268.39 | $551.77 | $0.00 | $551.77 |
| DISP-80467 | G0453 | 03/02/2022 | 2400061497 | 100003097968 | 221370DNNR00 | Providence Health Plan | $964.00 | 11/30/2022 | $543.51 | $420.49 | $0.00 | $420.49 |
| DISP-80467 | G0453 | 02/24/2022 | 2400059441 | 100003081254 | 221370DNZS00 | Providence Health Plan | $1,205.00 | 11/30/2022 | $359.47 | $845.53 | $0.00 | $845.53 |
| DISP-80467 | G0453 | 04/06/2022 | 2400062088 | 100003081365 | 221370DWP000 | Providence Health Plan | $2,892.00 | 11/30/2022 | $1,991.00 | $901.00 | $0.00 | $901.00 |
| DISP-80467 | G0453 | 03/17/2022 | 2400060954 | 100003099622 | 221370DNVL00 | Providence Health Plan | $3,133.00 | 11/30/2022 | $2,198.37 | $934.63 | $0.00 | $934.63 |
| DISP-80432 | 9593826 | 03/17/2022 | 2400060954 | 100003099622 | 221370DNVL00 | Providence Health Plan | $319.86 | 12/7/2022 | $217.82 | $102.04 | $0.00 | $102.04 |
| DISP-80432 | 9593826 | 03/06/2022 | 2400061498 | 100003104067 | 221370DGKW00 | Providence Health Plan | $319.86 | 12/7/2022 | $216.27 | $103.59 | $0.00 | $103.59 |
| DISP-80432 | 9593826 | 03/02/2022 | 2400061497 | 100003097968 | 221370DNNR00 | Providence Health Plan | $319.86 | 12/7/2022 | $212.09 | $107.77 | $0.00 | $107.77 |
| DISP-80432 | 9593826 | 03/16/2022 | 2400060897 | 100003114007 | 221370DNLS00 | Providence Health Plan | $319.86 | 12/7/2022 | $200.03 | $119.83 | $0.00 | $119.83 |
| DISP-80432 | 9593826 | 03/15/2022 | 2400060688 | 100003107339 | 221370DNPF00 | Providence Health Plan | $319.86 | 12/7/2022 | $107.77 | $212.09 | $0.00 | $212.09 |
| DISP-80432 | 9593826 | 03/29/2022 | 2400061477 | 100003130200 | 221370DWHJ00 | Providence Health Plan | $319.86 | 12/7/2022 | $107.77 | $212.09 | $0.00 | $212.09 |
| DISP-80432 | 9593826 | 02/24/2022 | 2400059441 | 100003081254 | 221370DNZS00 | Providence Health Plan | $319.86 | 12/7/2022 | $102.04 | $217.82 | $0.00 | $217.82 |
| DISP-80434 | 9593926 | 01/31/2022 | 2400056939 | 100003057602 | 221370DNLZ00 | Providence Health Plan | $820.16 | 1/4/2023 | $264.39 | $555.77 | $0.00 | $555.77 |
| DISP-214322 | 9593926 | 07/13/2022 | 2400068391 | 100003220143 | 222590DGBL00 | Providence Health Plan | $264.39 | 4/24/2023 | $181.50 | $82.89 | $0.00 | $82.89 |
| DISP-303105 | 9593826 | 09/07/2022 | 2400072546 | 100003313916 | 222780DGCW00 | Providence Health Plan | $103.59 | 6/29/2023 | $0.00 | $103.59 | $0.00 | $103.59 |
| DISP-303218 | 9593926 | 09/01/2022 | 2400072858 | 100003276010 | 222780DGFW00 | Providence Health Plan | $1,569.71 | 6/30/2023 | $1,301.32 | $268.39 | $0.00 | $268.39 |
| DISP-303218 | 9593926 | 09/07/2022 | 2400072546 | 100003313916 | 222780DGCW00 | Providence Health Plan | $1,569.71 | 6/30/2023 | $0.00 | $1,569.71 | $0.00 | $1,569.71 |
| DISP-303159 | G0453 | 09/01/2022 | 2400072858 | 100003276010 | 222780DGFW00 | Providence Health Plan | $2,439.12 | 7/5/2023 | $2,001.22 | $437.90 | $0.00 | $437.90 |
| DISP-424018 | G0453 | 01/04/2023 | 1700582941 | 100003428346 | 230470DGBQ00 | Providence Health Plan | $2,032.60 | 7/26/2023 | $1,700.93 | $331.67 | $0.00 | $331.67 |
| DISP-369423 | 9593826 | 10/09/2022 | 2400074986 | 100003351378 | 223530DGDG00 | Providence Health Plan | $1,157.52 | 9/22/2023 | $1,072.10 | $85.42 | $0.00 | $85.42 |
| DISP-369256 | G0453 | 10/09/2022 | 2400074986 | 100003351378 | 223530DGDG00 | Providence Health Plan | $813.04 | 9/22/2023 | $645.80 | $167.24 | $0.00 | $167.24 |
| DISP-80564 | G0453 | 02/23/2022 | 1700498569 | 100003086084 | 221400DGCC00 | Providence Health Plan | $2,845.64 | 10/18/2023 | $0.00 | $2,845.64 | $0.00 | $2,845.64 |
| DISP-263579 | 9593826 | 08/11/2022 | 2400070441 | 100003274770 | 222500DGKW00 | Providence Health Plan | $1,157.52 | 11/16/2023 | $107.77 | $1,049.75 | $0.00 | $1,049.75 |
| DISP-369324 | 9593926 | 10/09/2022 | 2400074986 | 100003351378 | 223530DGDG00 | Providence Health Plan | $1,569.71 | 11/21/2023 | $1,174.06 | $395.65 | $0.00 | $395.65 |
| DISP-681367 | 9593826 | 05/01/2023 | 2400090218 | 100003586463 | 231490DHFH00 | Providence Health Plan | $1,157.52 | 2/5/2024 | $1,083.14 | $74.38 | $0.00 | $74.38 |
| DISP-681532 | G0453 | 04/27/2023 | 2400090233 | 100003576536 | 231700DGDK00 | Providence Health Plan | $1,219.56 | 2/5/2024 | $1,000.74 | $218.82 | $0.00 | $218.82 |
| DISP-681543 | 9593926 | 04/27/2023 | 2400090233 | 100003576536 | 231700DGDK00 | Providence Health Plan | $1,569.71 | 2/5/2024 | $1,275.18 | $294.53 | $0.00 | $294.53 |
| DISP-681959 | 9593926 | 06/16/2023 | 2400093520 | 100003644343 | 231840DGDQ00 | Providence Health Plan | $1,569.71 | 2/5/2024 | $1,205.47 | $364.24 | $0.00 | $364.24 |
| DISP-682552 | 9593826 | 05/30/2023 | 2400092042 | 100003620891 | 231790DGFP00 | Providence Health Plan | $1,157.52 | 2/5/2024 | $75.43 | $1,082.09 | $0.00 | $1,082.09 |
| DISP-681611 | 9593826 | 07/07/2023 | 2400094679 | 100003673229 | 232060DGBW00 | Providence Health Plan | $1,157.52 | 2/5/2024 | $75.43 | $1,082.09 | $0.00 | $1,082.09 |
| DISP-681609 | 9593926 | 04/20/2022 | 2400063063 | 100003122045 | 221740DKFT01 | Providence Health Plan | $1,569.71 | 2/5/2024 | $268.39 | $1,301.32 | $0.00 | $1,301.32 |
| DISP-681906 | 9593926 | 05/30/2023 | 2400092042 | 100003620891 | 231790DGFP00 | Providence Health Plan | $1,569.71 | 2/5/2024 | $195.44 | $1,374.27 | $0.00 | $1,374.27 |
| DISP-681559 | G0453 | 04/17/2023 | 2400089650 | 100003571204 | 231430DGCP00 | Providence Health Plan | $2,032.60 | 2/5/2024 | $262.01 | $1,770.59 | $0.00 | $1,770.59 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DISP-682182 | 9593826 | 04/20/2022 | 2400063063 | 100003122045 | 221740DKFT01 | Providence Health Plan | $1,157.52 | 2/6/2024 | $103.59 | $1,053.93 | $0.00 | $1,053.93 |
| DISP-682698 | G0453 | 07/07/2023 | 2400094679 | 100003673229 | 232060DGBW00 | Providence Health Plan | $2,439.12 | 2/6/2024 | $319.93 | $2,119.19 | $0.00 | $2,119.19 |
| DISP-682122 | G0453 | 05/30/2023 | 2400092042 | 100003620891 | 231790DGFP00 | Providence Health Plan | $4,471.72 | 2/9/2024 | $584.62 | $3,887.10 | $0.00 | $3,887.10 |
| DISP-747776 | G0453 | 07/05/2023 | 2400094609 | 100003637496 | 232190DGCJ00 | Providence Health Plan | $1,219.56 | 2/19/2024 | $1,021.55 | $198.01 | $0.00 | $198.01 |
| DISP-682316 | G0453 | 03/31/2023 | 2400088448 | 100003539731 | 231150DJQD00 | Providence Health Plan | $3,658.68 | 2/20/2024 | $2,627.27 | $1,031.41 | $0.00 | $1,031.41 |
| DISP-774405 | 9593826 | 08/02/2023 | 2400096753 | 100003604955 | 232370DGFC00 | Providence Health Plan | $1,157.52 | 3/2/2024 | $1,145.66 | $11.86 | $0.00 | $11.86 |
| DISP-228501 | 9593826 | 07/06/2022 | 2400068032 | 100003230898 | 222380DGHR00 | Providence Health Plan | $1,157.52 | 3/13/2024 | $102.04 | $1,055.48 | $0.00 | $1,055.48 |
| DISP-682300 | 9593926 | 04/17/2023 | 2400089616 | 100003546424 | 231300DGBN00 | Providence Health Plan | $1,569.71 | 3/14/2024 | $1,549.71 | $20.00 | $0.00 | $20.00 |
| DISP-359704 | G0453 | 10/17/2022 | 2400075575 | 100003353972 | 223200HJKJ00 | Providence Health Plan | $4,065.20 | 3/27/2024 | $2,032.60 | $2,032.60 | $0.00 | $2,032.60 |
| DISP-359717 | 9593926 | 11/15/2022 | 2400078224 | 100003228137 | 223530DGKP00 | Providence Health Plan | $1,569.71 | 4/2/2024 | $433.95 | $1,135.76 | $0.00 | $1,135.76 |
| DISP-812584 | 9593826 | 08/17/2023 | 1700635711 | 100003706064 | 232620DGBM00 | Providence Health Plan | $1,157.52 | 4/5/2024 | $1,082.58 | $74.94 | $0.00 | $74.94 |
| DISP-812505 | G0453 | 01/18/2023 | 2400082996 | 100003461217 | 232540DGCV00 | Providence Health Plan | $6,504.32 | 4/5/2024 | $5,210.65 | $1,293.67 | $0.00 | $1,293.67 |
| DISP-811741 | 9593926 | 08/17/2023 | 1700635711 | 100003706064 | 232620DGBM00 | Providence Health Plan | $1,569.71 | 4/8/2024 | $1,375.54 | $194.17 | $0.00 | $194.17 |
| DISP-812158 | G0453 | 08/10/2023 | 2400097436 | 100003714787 | 232440DHLT00 | Providence Health Plan | $2,439.12 | 4/8/2024 | $2,124.70 | $314.42 | $0.00 | $314.42 |
| DISP-404299 | G0453 | 01/23/2023 | 2400083333 | 100003466332 | 230460DGB000 | Providence Health Plan | $8,536.92 | 4/11/2024 | $0.00 | $8,536.92 | $0.00 | $8,536.92 |
| DISP-811814 | 9593926 | 01/18/2023 | 2400082996 | 100003461217 | 232540DGCV00 | Providence Health Plan | $1,569.71 | 4/12/2024 | $1,256.85 | $312.86 | $0.00 | $312.86 |
| DISP-404200 | 9593926 | 01/23/2023 | 2400083333 | 100003466332 | 230460DGB000 | Providence Health Plan | $1,569.71 | 4/18/2024 | $155.34 | $1,414.37 | $0.00 | $1,414.37 |
| DISP-1148251 | G0453 | 07/07/2023 | 1700629105 | 100003625943 | 233180DGCN00 | Providence Health Plan | $2,439.12 | 4/22/2024 | $1,979.58 | $459.54 | $0.00 | $459.54 |
| DISP-1148331 | 9593926 | 07/07/2023 | 1700629105 | 100003625943 | 233180DGCN00 | Providence Health Plan | $1,569.71 | 4/23/2024 | $1,286.30 | $283.41 | $0.00 | $283.41 |
| DISP-404023 | 9587026 | 12/19/2022 | 2400080583 | 100003375902 | 230460DGCB00 | Providence Health Plan | $30.05 | 4/25/2024 | $0.00 | $30.05 | $0.00 | $30.05 |
| DISP-1148648 | 9593826 | 07/07/2023 | 1700629105 | 100003625943 | 233180DGCN00 | Providence Health Plan | $1,157.52 | 4/26/2024 | $1,048.14 | $109.38 | $0.00 | $109.38 |
| DISP-404070 | 9593826 | 01/23/2023 | 2400083333 | 100003466332 | 230460DGB000 | Providence Health Plan | $74.94 | 5/6/2024 | $59.95 | $14.99 | $0.00 | $14.99 |
| DISP-481369 | G0453 | 01/11/2023 | 2400082536 | 100003449311 | 230930DHZJ01 | Providence Health Plan | $1,626.08 | 5/14/2024 | $211.22 | $1,414.86 | $0.00 | $1,414.86 |
| DISP-424032 | 9593826 | 01/04/2023 | 1700582941 | 100003428346 | 230470DGBQ00 | Providence Health Plan | $1,157.52 | 5/23/2024 | $1,063.37 | $94.15 | $0.00 | $94.15 |
| DISP-424032 | 9593826 | 01/19/2023 | 1700580664 | 100003462585 | 230460DGBR00 | Providence Health Plan | $1,157.52 | 5/23/2024 | $1,042.90 | $114.62 | $39.68 | $74.94 |
| DISP-80608 | 9593926 | 02/22/2022 | 2400059427 | 100003088340 | 221370DWMT00 | Providence Health Plan | $1,569.71 | 5/24/2024 | $279.23 | $1,290.48 | $0.00 | $1,290.48 |
| DISP-80608 | 9593926 | 03/16/2022 | 2400060897 | 100003114007 | 221370DNLS00 | Providence Health Plan | $1,569.71 | 5/24/2024 | $268.39 | $1,301.32 | $0.00 | $1,301.32 |
| DISP-80608 | 9593926 | 03/06/2022 | 2400061498 | 100003104067 | 221370DGKW00 | Providence Health Plan | $1,569.71 | 5/24/2024 | $268.39 | $1,301.32 | $0.00 | $1,301.32 |
| DISP-80608 | 9593926 | 03/17/2022 | 2400060954 | 100003099622 | 221370DNVL00 | Providence Health Plan | $1,569.71 | 5/24/2024 | $264.39 | $1,305.32 | $0.00 | $1,305.32 |
| DISP-80608 | 9593926 | 03/02/2022 | 2400061497 | 100003097968 | 221370DNNR00 | Providence Health Plan | $1,569.71 | 5/24/2024 | $223.38 | $1,346.33 | $0.00 | $1,346.33 |
| DISP-278330 | G0453 | 10/10/2022 | 2400075219 | 100003348736 | 223200DGDG00 | Providence Health Plan | $4,471.72 | 5/29/2024 | $4,317.70 | $154.02 | $0.00 | $154.02 |
| DISP-80444 | G0453 | 01/31/2022 | 2400056939 | 100003057602 | 221370DNLZ00 | Providence Health Plan | $2,439.12 | 5/31/2024 | $431.37 | $2,007.75 | $0.00 | $2,007.75 |
| DISP-93810 | 9593826 | 03/15/2022 | 2400061802 | 100003064209 | 221370DGGN00 | Providence Health Plan | $1,157.52 | 6/3/2024 | $107.77 | $1,049.75 | $0.00 | $1,049.75 |
| DISP-93810 | 9593826 | 04/05/2022 | 2400062039 | 100003115531 | 221740DKFN00 | Providence Health Plan | $1,157.52 | 6/3/2024 | $107.77 | $1,049.75 | $0.00 | $1,049.75 |
| DISP-93810 | 9593826 | 04/06/2022 | 2400062122 | 100003123972 | 221400DGCG00 | Providence Health Plan | $1,157.52 | 6/3/2024 | $103.59 | $1,053.93 | $0.00 | $1,053.93 |
| DISP-161734 | 9593826 | 06/15/2022 | 2400066715 | 100003188424 | 221930DGDC00 | Providence Health Plan | $1,157.52 | 6/25/2024 | $1,088.45 | $69.07 | $0.00 | $69.07 |
| DISP-161734 | 9593826 | 06/27/2022 | 2400067570 | 100003094510 | 222130DGJS00 | Providence Health Plan | $1,157.52 | 6/25/2024 | $0.00 | $1,157.52 | $0.00 | $1,157.52 |
| DISP-424258 | G0453 | 02/10/2023 | 2400084794 | 100003449541 | 230600HFDK00 | Providence Health Plan | $813.04 | 7/16/2024 | $0.00 | $813.04 | $0.00 | $813.04 |
| DISP-424258 | G0453 | 01/31/2023 | 2400083765 | 100003483186 | 230510DGHM00 | Providence Health Plan | $1,219.56 | 7/16/2024 | $225.83 | $993.73 | $0.00 | $993.73 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DISP-424258 | G0453 | 01/05/2023 | 2400081817 | 100003450572 | 230190HB0B00 | Providence Health Plan | $2,439.12 | 7/16/2024 | $467.27 | $1,971.85 | $0.00 | $1,971.85 |
| DISP-424258 | G0453 | 01/26/2023 | 2400083568 | 100003476620 | 230460DGBZ00 | Providence Health Plan | $5,284.76 | 7/16/2024 | $978.62 | $4,306.14 | $0.00 | $4,306.14 |
| DISP-424258 | G0453 | 01/09/2023 | 2400082194 | 100003451984 | 230300DGCC00 | Providence Health Plan | $6,097.80 | 7/16/2024 | $792.07 | $5,305.73 | $0.00 | $5,305.73 |
| DISP-161861 | G0453 | 04/11/2022 | 2400063762 | 100003115525 | 221740DKJQ00 | Providence Health Plan | $5,284.76 | 7/17/2024 | $4,308.67 | $976.09 | $0.00 | $976.09 |
| DISP-1404903 | 9593926 | 02/20/2024 | 2400110849 | 100003924294 | 240670DJDS00 | Providence Health Plan | $1,569.71 | 7/24/2024 | $1,528.48 | $41.23 | $0.00 | $41.23 |
| DISP-480866 | 9593826 | 01/11/2023 | 2400082536 | 100003449311 | 230930DHZJ01 | Providence Health Plan | $1,157.52 | 7/26/2024 | $74.94 | $1,082.58 | $0.00 | $1,082.58 |
| DISP-424210 | G0453 | 11/09/2022 | 2400077776 | 100003362961 | 223530DGGS00 | Providence Health Plan | $406.52 | 7/28/2024 | $342.85 | $63.67 | $0.00 | $63.67 |
| DISP-424188 | 9593926 | 01/05/2023 | 2400081817 | 100003450572 | 230190HB0B00 | Providence Health Plan | $1,569.71 | 7/28/2024 | $286.48 | $1,283.23 | $0.00 | $1,283.23 |
| DISP-424210 | G0453 | 12/07/2022 | 2400079767 | 100003400229 | 223560HJW000 | Providence Health Plan | $2,845.64 | 7/28/2024 | $439.45 | $2,406.19 | $0.00 | $2,406.19 |
| DISP-812632 | 9593926 | 07/27/2023 | 2400096222 | 100003686830 | 232490DGCP00 | Providence Health Plan | $1,569.71 | 8/2/2024 | $192.71 | $1,377.00 | $0.00 | $1,377.00 |
| DISP-93900 | G0453 | 05/28/2022 | 2400065579 | 100003200594 | 221780JFKZ00 | Providence Health Plan | $1,626.08 | 8/5/2024 | $0.00 | $1,626.08 | $0.00 | $1,626.08 |
| DISP-93900 | G0453 | 05/31/2022 | 2400065626 | 100003198941 | 221780JFKG00 | Providence Health Plan | $2,032.60 | 8/5/2024 | $338.66 | $1,693.94 | $0.00 | $1,693.94 |
| DISP-144595 | G0453 | 06/10/2022 | 2400066406 | 100003207006 | 221820HM0H00 | Providence Health Plan | $406.52 | 8/13/2024 | $0.00 | $406.52 | $0.00 | $406.52 |
| DISP-1373652 | 9593826 | 01/26/2024 | 2400108523 | 100003895476 | 240470DHFT00 | Providence Health Plan | $1,157.52 | 8/17/2024 | $1,143.64 | $13.88 | $0.00 | $13.88 |
| DISP-80488 | 9593826 | 02/11/2022 | 2400058200 | 100003075030 | 221370DGJV00 | Providence Health Plan | $1,157.52 | 8/23/2024 | $1,053.93 | $103.59 | $0.00 | $103.59 |
| DISP-80488 | 9593826 | 01/06/2022 | 2400054522 | 100002971304 | 221370DGJT00 | Providence Health Plan | $1,157.52 | 8/23/2024 | $107.77 | $1,049.75 | $0.00 | $1,049.75 |
| DISP-80488 | 9593826 | 01/31/2022 | 2400056939 | 100003057602 | 221370DNLZ00 | Providence Health Plan | $1,157.52 | 8/23/2024 | $102.04 | $1,055.48 | $0.00 | $1,055.48 |
| DISP-1567698 | 9593826 | 03/15/2024 | 2400112826 | 100003969812 | 240960DHGL00 | Providence Health Plan | $1,157.52 | 9/6/2024 | $1,077.91 | $79.61 | $0.00 | $79.61 |
| DISP-1567698 | 9593826 | 03/15/2024 | 2400112761 | 100003923512 | 240960DHJW00 | Providence Health Plan | $1,157.52 | 9/6/2024 | $100.02 | $1,057.50 | $0.00 | $1,057.50 |
| DISP-1519495 | 9593926 | 02/27/2024 | 2400111330 | 100003943111 | 240870DHMR00 | Providence Health Plan | $1,569.71 | 9/17/2024 | $1,549.39 | $20.32 | $0.00 | $20.32 |
| DISP-329267 | 9593826 | 11/11/2022 | 2400077912 | 100003353170 | 223530DGFH00 | Providence Health Plan | $1,157.52 | 9/23/2024 | $106.78 | $1,050.74 | $0.00 | $1,050.74 |
| DISP-1724680 | G0453 | 04/01/2024 | 2400113938 | 100003963170 | 241160DHRF00 | Providence Health Plan | $3,658.68 | 9/26/2024 | $3,614.60 | $44.08 | $0.00 | $44.08 |
| DISP-506007 | G0453 | 12/08/2022 | 2400080536 | 100003393166 | 230110DGFV00 | Providence Health Plan | $2,439.12 | 10/2/2024 | $294.21 | $2,144.91 | $0.00 | $2,144.91 |
| DISP-506001 | G0453 | 12/14/2022 | 2400080485 | 100003421624 | 230120DGDP00 | Providence Health Plan | $1,219.56 | 10/8/2024 | $219.43 | $1,000.13 | $0.00 | $1,000.13 |
| DISP-228825 | 9593826 | 08/23/2022 | 2400071213 | 100003292917 | 222550DJTT00 | Providence Health Plan | $1,157.52 | 10/9/2024 | $103.59 | $1,053.93 | $0.00 | $1,053.93 |
| DISP-228825 | 9593826 | 08/19/2022 | 2400074169 | 100003278987 | 222990DHVL00 | Providence Health Plan | $1,157.52 | 10/9/2024 | $103.59 | $1,053.93 | $0.00 | $1,053.93 |
| DISP-1148527 | 9593826 | 09/14/2023 | 2400101556 | 100003731755 | 233350DHMW00 | Providence Health Plan | $1,157.52 | 10/9/2024 | $74.38 | $1,083.14 | $0.00 | $1,083.14 |
| DISP-1148527 | 9593826 | 10/24/2023 | 2400102886 | 100003774625 | 233350DGDM00 | Providence Health Plan | $1,157.52 | 10/9/2024 | $74.38 | $1,083.14 | $0.00 | $1,083.14 |
| DISP-228825 | 9593826 | 08/25/2022 | 2400071359 | 100003216463 | 222570DHWD00 | Providence Health Plan | $1,157.52 | 10/9/2024 | $70.05 | $1,087.47 | $0.00 | $1,087.47 |
| DISP-1206217 | 9593826 | 10/17/2023 | 1700651283 | 100003762854 | 240020DGQL00 | Providence Health Plan | $74.36 | 10/14/2024 | $63.22 | $11.14 | $0.00 | $11.14 |
| DISP-1148199 | 9593926 | 09/14/2023 | 2400101556 | 100003731755 | 233350DHMW00 | Providence Health Plan | $1,569.71 | 10/16/2024 | $192.71 | $1,377.00 | $0.00 | $1,377.00 |
| DISP-1148199 | 9593926 | 10/24/2023 | 2400102886 | 100003774625 | 233350DGDM00 | Providence Health Plan | $1,569.71 | 10/16/2024 | $192.71 | $1,377.00 | $0.00 | $1,377.00 |
| DISP-481219 | 9593926 | 01/31/2023 | 2400083762 | 100003452890 | 230940DGBK00 | Providence Health Plan | $1,569.71 | 10/23/2024 | $289.65 | $1,280.06 | $0.00 | $1,280.06 |
| DISP-481219 | 9593926 | 02/08/2023 | 2400084720 | 100003481802 | 230940DGBQ00 | Providence Health Plan | $1,569.71 | 10/23/2024 | $289.65 | $1,280.06 | $0.00 | $1,280.06 |
| DISP-1786474 | G0453 | 05/10/2024 | 2400116708 | 100003988702 | 241790DGCR00 | Providence Health Plan | $406.52 | 10/25/2024 | $57.24 | $349.28 | $0.00 | $349.28 |
| DISP-1786474 | G0453 | 04/23/2024 | 2400115391 | 100004014057 | 241420DGNR00 | Providence Health Plan | $1,626.08 | 10/25/2024 | $229.71 | $1,396.37 | $0.00 | $1,396.37 |
| DISP-1786474 | G0453 | 05/03/2024 | 2400116359 | 100004002470 | 241630DGDX00 | Providence Health Plan | $1,626.08 | 10/25/2024 | $225.75 | $1,400.33 | $0.00 | $1,400.33 |
| DISP-278469 | G0453 | 10/18/2022 | 2400075773 | 100003339775 | 223200HJK000 | Providence Health Plan | $1,626.08 | 10/29/2024 | $0.00 | $1,626.08 | $0.00 | $1,626.08 |
| DISP-1724940 | 9593926 | 04/03/2024 | 2400114186 | 100003950154 | 241210DHPT00 | Providence Health Plan | $1,569.71 | 10/31/2024 | $206.14 | $1,363.57 | $0.00 | $1,363.57 |

| Disp ID | Code | Date 1 | Num 1 | Num 2 | Code 2 | Payer | Amount 1 | Date 2 | Amount 2 | Amount 3 | Amount 4 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DISP-1724940 | 9593926 | 04/05/2024 | 2400114294 | 100003990869 | 241200DGC000 | Providence Health Plan | $1,569.71 | 10/31/2024 | $206.14 | $1,363.57 | $0.00 | $1,363.57 |
| DISP-228567 | 9593926 | 09/01/2022 | 1700545906 | 100003307164 | 222910DGCR00 | Providence Health Plan | $1,569.71 | 11/11/2024 | $233.45 | $1,336.26 | $0.00 | $1,336.26 |
| DISP-559642 | 9593926 | 02/16/2023 | 1700590513 | 100003469585 | 231220DGC000 | Providence Health Plan | $1,569.71 | 11/14/2024 | $283.41 | $1,286.30 | $0.00 | $1,286.30 |
| DISP-1923088 | 9593926 | 06/13/2024 | 2400119364 | 100004085433 | 241940DGFL00 | Providence Health Plan | $1,569.71 | 11/14/2024 | $209.07 | $1,360.64 | $0.00 | $1,360.64 |
| DISP-1922292 | 9593926 | 04/13/2024 | 2400114836 | 100004009924 | 241790DGCW00 | Providence Health Plan | $1,569.71 | 11/14/2024 | $206.14 | $1,363.57 | $0.00 | $1,363.57 |
| DISP-1922292 | 9593926 | 04/29/2024 | 2400115940 | 100004027132 | 241920DGCP00 | Providence Health Plan | $1,569.71 | 11/14/2024 | $206.14 | $1,363.57 | $0.00 | $1,363.57 |
| DISP-559642 | 9593926 | 03/22/2023 | 1700598295 | 100003506581 | 231290DG0V00 | Providence Health Plan | $1,569.71 | 11/14/2024 | $195.44 | $1,374.27 | $0.00 | $1,374.27 |
| DISP-1471410 | G0453 | 02/01/2024 | 2400109702 | 100003920140 | 240800DGDK00 | Providence Health Plan | $406.52 | 11/18/2024 | $56.87 | $349.65 | $0.00 | $349.65 |
| DISP-1471494 | 9593826 | 02/01/2024 | 2400109702 | 100003920140 | 240800DGDK00 | Providence Health Plan | $1,157.52 | 11/18/2024 | $79.61 | $1,077.91 | $0.00 | $1,077.91 |
| DISP-1471494 | 9593826 | 02/20/2024 | 2400110936 | 100003915493 | 240720DGQM00 | Providence Health Plan | $1,157.52 | 11/18/2024 | $79.01 | $1,078.51 | $0.00 | $1,078.51 |
| DISP-1471494 | 9593826 | 02/19/2024 | 2400110810 | 100003923061 | 240750DHKM00 | Providence Health Plan | $1,157.52 | 11/18/2024 | $63.21 | $1,094.31 | $0.00 | $1,094.31 |
| DISP-1922806 | 9593926 | 05/05/2024 | 2400116396 | 100004038145 | 241840DGDT00 | Providence Health Plan | $1,569.71 | 11/18/2024 | $206.14 | $1,363.57 | $0.00 | $1,363.57 |
| DISP-106313 | G0453 | 02/16/2022 | 2400058928 | 100003031263 | 221430JQCC00 | Providence Health Plan | $1,626.08 | 11/18/2024 | $198.07 | $1,428.01 | $0.00 | $1,428.01 |
| DISP-1471410 | G0453 | 02/19/2024 | 2400110810 | 100003923061 | 240750DHKM00 | Providence Health Plan | $4,065.20 | 11/18/2024 | $451.50 | $3,613.70 | $0.00 | $3,613.70 |
| DISP-1471410 | G0453 | 02/20/2024 | 2400110936 | 100003915493 | 240720DGQM00 | Providence Health Plan | $4,878.24 | 11/18/2024 | $677.24 | $4,201.00 | $0.00 | $4,201.00 |
| DISP-1784931 | 9593826 | 04/16/2024 | 2400114998 | 100003991378 | 241300DHHN00 | Providence Health Plan | $78.99 | 11/19/2024 | $63.21 | $15.78 | $0.00 | $15.78 |
| DISP-1923743 | G0453 | 04/29/2024 | 2400115940 | 100004027132 | 241920DGCP00 | Providence Health Plan | $1,219.56 | 11/19/2024 | $169.31 | $1,050.25 | $0.00 | $1,050.25 |
| DISP-1724846 | 9593826 | 04/09/2024 | 2400114614 | 100003996982 | 241230DGKD00 | Providence Health Plan | $1,157.52 | 11/19/2024 | $80.13 | $1,077.39 | $0.00 | $1,077.39 |
| DISP-1724846 | 9593826 | 04/03/2024 | 2400114186 | 100003950154 | 241210DHPT00 | Providence Health Plan | $1,157.52 | 11/19/2024 | $79.01 | $1,078.51 | $0.00 | $1,078.51 |
| DISP-1724846 | 9593826 | 04/05/2024 | 2400114294 | 100003990869 | 241200DGC000 | Providence Health Plan | $1,157.52 | 11/19/2024 | $79.01 | $1,078.51 | $0.00 | $1,078.51 |
| DISP-1724846 | 9593826 | 04/01/2024 | 2400113938 | 100003963170 | 241160DHRF00 | Providence Health Plan | $1,157.52 | 11/19/2024 | $79.01 | $1,078.51 | $0.00 | $1,078.51 |
| DISP-1724846 | 9593826 | 04/08/2024 | 2400114393 | 100003996629 | 241240DHJR00 | Providence Health Plan | $1,157.52 | 11/19/2024 | $79.01 | $1,078.51 | $0.00 | $1,078.51 |
| DISP-1724846 | 9593826 | 04/10/2024 | 2400114671 | 100003971497 | 241230DGJZ00 | Providence Health Plan | $1,157.52 | 11/19/2024 | $79.01 | $1,078.51 | $0.00 | $1,078.51 |
| DISP-1717179 | 9593926 | 10/23/2023 | 2400102731 | 100003729927 | 240020DGB000 | Providence Health Plan | $1,569.71 | 11/19/2024 | $195.44 | $1,374.27 | $0.00 | $1,374.27 |
| DISP-1717179 | 9593926 | 10/18/2023 | 2400102549 | 100003721194 | 240020DJFR00 | Providence Health Plan | $1,569.71 | 11/19/2024 | $192.71 | $1,377.00 | $0.00 | $1,377.00 |
| DISP-1717179 | 9593926 | 11/03/2023 | 2400103939 | 100003816648 | 240020DGHC00 | Providence Health Plan | $1,569.71 | 11/19/2024 | $192.71 | $1,377.00 | $0.00 | $1,377.00 |
| DISP-1717179 | 9593926 | 11/07/2023 | 2400104255 | 100003790545 | 240020DGBL00 | Providence Health Plan | $1,569.71 | 11/19/2024 | $192.71 | $1,377.00 | $0.00 | $1,377.00 |
| DISP-1717179 | 9593926 | 11/07/2023 | 2400104292 | 100003796159 | 240020DGBW00 | Providence Health Plan | $1,569.71 | 11/19/2024 | $192.71 | $1,377.00 | $0.00 | $1,377.00 |
| DISP-1923424 | G0453 | 05/05/2024 | 2400116396 | 100004038145 | 241840DGDT00 | Providence Health Plan | $4,878.24 | 11/19/2024 | $677.24 | $4,201.00 | $0.00 | $4,201.00 |
| DISP-1923743 | G0453 | 04/13/2024 | 2400114836 | 100004009924 | 241790DGCW00 | Providence Health Plan | $5,284.76 | 11/19/2024 | $733.68 | $4,551.08 | $0.00 | $4,551.08 |
| DISP-263459 | G0453 | 09/06/2022 | 2400072440 | 100003306068 | 223140DSJB00 | Providence Health Plan | $406.52 | 11/20/2024 | $72.98 | $333.54 | $0.00 | $333.54 |
| DISP-936966 | 9593826 | 09/13/2023 | 2400100182 | 100003727833 | 232830DGFV00 | Providence Health Plan | $1,157.52 | 11/20/2024 | $75.43 | $1,082.09 | $0.00 | $1,082.09 |
| DISP-936966 | 9593826 | 09/14/2023 | 2400100265 | 100003753665 | 232990DGDC00 | Providence Health Plan | $1,157.52 | 11/20/2024 | $74.94 | $1,082.58 | $0.00 | $1,082.58 |
| DISP-936966 | 9593826 | 09/15/2023 | 2400100391 | 100003741684 | 232840DGGG00 | Providence Health Plan | $1,157.52 | 11/20/2024 | $74.94 | $1,082.58 | $0.00 | $1,082.58 |
| DISP-263459 | G0453 | 08/11/2022 | 2400070441 | 100003274770 | 222500DGKW00 | Providence Health Plan | $1,626.08 | 11/20/2024 | $0.00 | $1,626.08 | $0.00 | $1,626.08 |
| DISP-982587 | G0453 | 09/13/2023 | 2400100129 | 100003705032 | 232830DGDC00 | Providence Health Plan | $406.52 | 11/22/2024 | $65.62 | $340.90 | $0.00 | $340.90 |
| DISP-982711 | 9593826 | 09/13/2023 | 2400100129 | 100003705032 | 232830DGDC00 | Providence Health Plan | $1,157.52 | 11/22/2024 | $93.18 | $1,064.34 | $0.00 | $1,064.34 |
| DISP-982711 | 9593826 | 09/13/2023 | 2400100173 | 100003745262 | 232830DGFS00 | Providence Health Plan | $1,157.52 | 11/22/2024 | $74.38 | $1,083.14 | $0.00 | $1,083.14 |
| DISP-982587 | G0453 | 08/25/2023 | 2400098563 | 100003721463 | 232630DHDH00 | Providence Health Plan | $2,845.64 | 11/22/2024 | $366.82 | $2,478.82 | $0.00 | $2,478.82 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DISP-982587 | G0453 | 09/13/2023 | 2400100173 | 100003745262 | 232830DGFS00 | Providence Health Plan | $5,284.76 | 11/22/2024 | $681.23 | $4,603.53 | $0.00 | $4,603.53 |
| DISP-681793 | G0453 | 05/17/2023 | 2400092645 | 100003564791 | 231740DGF000 | Providence Health Plan | $3,252.16 | 11/25/2024 | $422.44 | $2,829.72 | $0.00 | $2,829.72 |
| DISP-681381 | 9593926 | 03/31/2023 | 2400088448 | 100003539731 | 231150DJQD00 | Providence Health Plan | $1,569.71 | 11/26/2024 | $289.65 | $1,280.06 | $0.00 | $1,280.06 |
| DISP-359850 | 9593826 | 11/15/2022 | 2400078224 | 100003228137 | 223530DGKP00 | Providence Health Plan | $1,157.52 | 11/27/2024 | $139.70 | $1,017.82 | $0.00 | $1,017.82 |
| DISP-936782 | 9593826 | 07/27/2023 | 2400097025 | 100003554587 | 232840DGBV00 | Providence Health Plan | $1,157.52 | 11/27/2024 | $107.74 | $1,049.78 | $0.00 | $1,049.78 |
| DISP-359850 | 9593826 | 10/07/2022 | 2400074947 | 100003349467 | 223130GZRN00 | Providence Health Plan | $1,157.52 | 11/27/2024 | $103.81 | $1,053.71 | $0.00 | $1,053.71 |
| DISP-359850 | 9593826 | 10/17/2022 | 2400075575 | 100003353972 | 223200HJKJ00 | Providence Health Plan | $1,157.52 | 11/27/2024 | $101.79 | $1,055.73 | $0.00 | $1,055.73 |
| DISP-1786274 | 9593826 | 05/10/2024 | 2400116708 | 100003988702 | 241790DGCR00 | Providence Health Plan | $1,157.52 | 11/27/2024 | $80.13 | $1,077.39 | $0.00 | $1,077.39 |
| DISP-936782 | 9593826 | 08/25/2023 | 2400098564 | 100003723153 | 232630DGCJ00 | Providence Health Plan | $1,157.52 | 11/27/2024 | $75.43 | $1,082.09 | $0.00 | $1,082.09 |
| DISP-936782 | 9593826 | 08/29/2023 | 2400098719 | 100003683217 | 232790DGDB00 | Providence Health Plan | $1,157.52 | 11/27/2024 | $74.38 | $1,083.14 | $0.00 | $1,083.14 |
| DISP-1036746 | 9593826 | 10/03/2023 | 2400101470 | 100003769732 | 233050DGCZ00 | Providence Health Plan | $1,157.52 | 11/28/2024 | $75.43 | $1,082.09 | $0.00 | $1,082.09 |
| DISP-1036746 | 9593826 | 09/15/2023 | 2400100372 | 100003726825 | 232850DGCS00 | Providence Health Plan | $1,157.52 | 11/28/2024 | $74.38 | $1,083.14 | $0.00 | $1,083.14 |
| DISP-1036746 | 9593826 | 09/19/2023 | 2400100565 | 100003741993 | 232840DGDJ00 | Providence Health Plan | $1,157.52 | 11/28/2024 | $74.38 | $1,083.14 | $0.00 | $1,083.14 |
| | | | | | | | **$274,280.05** | | **$87,946.44** | **$186,333.61** | **$39.68** | **$186,293.93** |